

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Lisa Karl,                                      * From the 29th District Court
                                                  of Palo Pinto County,
                                                  Trial Court No. C44624.

Vs.   No. 11-13-00010-CV                         * April 23, 2015

Brazos River Authority,                          * Opinion by Bailey, J.
                                                  Dissenting Opinion by Willson, J.
                                                  (Panel consists of: Wright, C.J.,
                                                  Willson, J., and Bailey, J.)

        This court has inspected the record in this cause and concludes that there is no error in the order below.   Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.   The costs incurred by reason of this appeal are taxed against Lisa Karl.